UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ANNA GONZALEZ

vs.                                         Case No.: SA-20-CA-617-FB

STATE FARM LIFE INSURANCE COMPAN

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now John J. Schirger, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent plaintiffs Anna Gonzalez and Ronald Page in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Miller Schirger, LLC with offices at:

   Mailing address: 4520 Main Street, Ste. 1570
   City, State, Zip Code: Kansas City, MO 64111
   Telephone: 816-561-6500        Facsimile: 816-561-6501

2. Since August 4, 2008, Applicant has been and presently is a member of and in good standing with the Bar of the State of Missouri. Applicant's bar license number is 60583.

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:
   (see attached list)

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 5:17-cv-967-OLG   on the 3 day of October, 2017.

   Number: _____ on the ___ day of _____, ___.

   Number: _____ on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Jim Clancy, BRANSCOMB, PLLC

Mailing address: 802 N. Carancahua St., Ste. 1900

City, State, Zip Code: Corpus Christi, TX 78401

Telephone: (361) 886-3800

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of John J. Schirger to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

John J. Schirger
[printed name of Applicant]

_[signature]_
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ____ day of _____, ____.

John J. Schirger
[printed name of Applicant]

_[signature]_
[signature of Applicant]

**John J. Schirger Bar Admissions (effective as of August 27, 2020):**

| Court | Date of Admission | Bar No. |
|---|---|---|
| The Supreme Court of Missouri | 8/4/2008 | 60583 |
| The Supreme Court of Nebraska (inactive) | 9/14/1992 | 19877 |
| United States District Courts: | | |
|     Western District of Missouri | 11/7/2008 | 60583 |
|     District of Kansas | 4/28/2010 | 78228 |
|     Eastern District of Wisconsin | 4/24/1995 | 60583 |
|     Northern District of Illinois | 12/21/1994 | 60583 |
|     District of Nebraska | 9/14/1992 | 19877 |
|     District of Colorado | 3/23/2001 | N/A |
| United States Courts of Appeals: | | |
|     First Circuit | 8/18/17 | 1180669 |
|     Third Circuit | 3/14/11 | N/A |
|     Seventh Circuit | 2/2/1996 | N/A |
|     Eighth Circuit | 4/22/1994 | 60583 |
|     Ninth Circuit | 12/16/19 | N/A |
|     Tenth Circuit | 1/9/2019 | N/A |

/s/ John J. Schirger

John J. Schirger