UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Anna Gonzalez and Ronald K. Page, Plaintiffs

vs.

Case No.: 5:20-cv-00617

State Farm Life Insurance Company, Defendant

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Sophia G. Gold, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Anna Gonzalez and Ronald K. Page in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Kaliel PLLC with offices at:

   Mailing address: 1875 Connecticut Avenue NW, 10th Floor

   City, State, Zip Code: Washington, DC 20009

   Telephone: (202) 350-4783   Facsimile: (202) 871-8180

2. Since December 12, 2015, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 307971.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | See Attachment "A" | |
   | | |
   | | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:19-cv-00506 on the 4 day of November, 2019.

   Number: _____ on the ___ day of _____, ____.

   Number: _____ on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Warren T. Burns, Burns Charest LLP

Mailing address: 900 Jackson Street, Suite 500

City, State, Zip Code: Dallas, TX 75202

Telephone: (469) 904-4550

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Sophia G. Gold to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Sophia G. Gold
[printed name of Applicant]

*Sophia Goren Gold*
[signature of Applicant]

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 4th day of January, 2021.

Sophia G. Gold
[printed name of Applicant]

*Sophia Goren Gold*
[signature of Applicant]

Attachment A

Admissions Sophia G. Gold

| Court | Date of Admission |
|---|---|
| U.S. District Court, Southern District of California | February 18, 2016 |
| U.S. District Court, Central District of California | May 2, 2017 |
| U.S. District Court, Northern District of California | June 28, 2017 |
| U.S. District Court, District of Columbia | March 6, 2017 |
| U.S. District Court, Eastern District of California | March 22, 2018 |
| U.S. District for the District of Colorado | February 6, 2019 |
| Eastern District of Arkansas | September 25, 2019 |
| Western District of Arkansas | September 25, 2019 |
| Western District of Michigan | September 13, 2019 |
| Eastern District of Michigan | August 14, 2020 |
| U.S. Court of Appeals, Ninth Circuit | September 23, 2020 |