# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ANNA GONZALEZ and RONALD K. PAGE, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>   Defendant. | Civil Action No. 5:20-cv-00617 |

## PARTIES' JOINT ADR REPORT

The parties jointly submit this Alternative Dispute Resolution ("ADR") Report as ordered by the Court:

1. Status of Settlement Negotiations.

Pursuant to the Court's scheduling order (Doc. 67), Plaintiffs served a written offer of settlement on Defendant on February 1, 2021, and Defendant responded, in writing, on February 8, 2021.

2. Persons Responsible for Settlement Negotiations.

Plaintiffs and their counsel, John J. Schirger, Norman E. Siegel, and Ethan M. Lange are responsible for settlement negotiations on Plaintiffs' behalf. Defendant and its counsel, Wayne B. Mason and Susan E. Egeland, are responsible for settlement negotiations on Defendant's behalf.

3. Alternative Dispute Resolution in this Action.

The parties conferred about alternative dispute resolution (ADR) and whether it is appropriate for this case. The parties' positions are as follows:

Plaintiffs' statement: This lawsuit is one of several related cases pending against Defendant related to the same alleged conduct (*see, e.g.*, Arizona, California, Florida, Georgia, Minnesota, Missouri, Oregon, and Washington). To date, Defendant has not expressed interest in attempting to resolve any of these matters. Plaintiff is willing to discuss settlement in this case individually or in conjunction with other related lawsuits.

Defendant's statement: Defendant believes that any discussion of ADR is premature at this time because, among other reasons, there are threshold legal issues that may dispose of the case. As for the other cost of insurance cases, each is distinct because of the differences in underlying state law and the development of material facts that may affect the outcome.

If the parties later determine that ADR is appropriate, they prefer private mediation.

Respectfully submitted,

| | |
|---|---|
| */s/ Ethan M. Lange* | */s/ Susan E. Egeland* |
| Norman E. Siegel (admitted *pro hac vice*) | Wayne B. Mason |
| ATTORNEY-IN-CHARGE | ATTORNEY-IN-CHARGE |
| siegel@stuevesiegel.com | Texas Bar No. 13158950 |
| Ethan M. Lange (Tex. Bar No. 24064150) | wayne.mason@faegredrinker.com |
| lange@stuevesiegel.com | Susan E. Egeland |
| STUEVE SIEGEL HANSON LLP | Texas Bar No. 24040854 |
| 460 Nichols Road, Suite 200 | susan.egeland@faegredrinker.com |
| Kansas City, Missouri 64112 | FAEGRE DRINKER BIDDLE & REATH LLP |
| Tel: 816-714-7100 | 1717 Main Street, Suite 5400 |
| Fax: 816-714-7101 | Dallas, Texas 75201 |
| | Phone: (469) 357-2500 |
| John J. Schirger (admitted *pro hac vice*) | Fax: (469) 327-0860 |
| jschirger@millerschirger.com | |
| Matthew W. Lytle (admitted *pro hac vice*) | |
| mlytle@millerschirger.com | Shaunda A. Patterson-Strachan |
| Joseph M. Feierabend (admitted *pro hac vice*) | (Admitted *pro hac vice*) |
| | shaunda.pattersonstrachan@faegredrinker.com |

jfeierabend@millerschirger.com
MILLER SCHIRGER, LLC
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

James T. Clancy (Tex. Bar No. 00795292)
(S.D. Tex. Bar. No. 19917)
jclancy@branscomblaw.com
BRANSCOMB, PLLC
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78401-0036
Tel: (361) 886-3800
Fax: (361) 886-3805

James J. Pizzirusso (admitted *pro hac vice*)
jpizzirusso@hausfeld.com
Nathaniel C. Giddings (admitted *pro hac vice*)
ngiddings@hausfeld.com
Melinda R. Coolidge (admitted *pro hac vice*)
mcoolidge@hausfeld.com
HAUSFELD LLP
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202)540-7201

**ATTORNEYS FOR PLAINTIFFS**

Waldemar J. Pflepsen Jr.
(Admitted *pro hac vice*)
waldemar.pflepsen@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Phone: (202) 842-8800
Fax: (202) 842-8465

**ATTORNEYS FOR DEFENDANT STATE FARM LIFE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2021, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

*/s/ Ethan M. Lange*