# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ANNA GONZALEZ and RONALD K. PAGE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No. 5:20-cv-00617 |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Upon consideration of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' First Amended Consolidated Class Action Complaint, it is hereby ORDERED that the Motion is GRANTED.

It is therefore ORDERED that Defendant's deadline to respond to Plaintiffs' First Amended Consolidated Class Action Complaint and Demand for Jury Trial is now March 23, 2021.

Signed this _____, 2021.

_____
UNITED STATES DISTRICT JUDGE