# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ANNA GONZALEZ and RONALD K. PAGE, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Case No.: 5:20-CV-617-FB-ESC |
| v. | |
| STATE FARM LIFE INSURANCE COMPANY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 12, 2021, a copy of the foregoing Plaintiff's Responses and Objections to Defendant's First Requests for Production of Documents and Plaintiff's Responses and Objections to Defendant's First Interrogatories were sent via email to counsel of record set forth below:

1

Wayne B. Mason
Texas Bar No. 13158950
ATTORNEY-IN-CHARGE
wayne.mason@faegredrinker.com
Susan E. Egeland
Texas Bar No. 24040854
susan.egeland@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
Phone: (469) 357-2500
Fax: (469) 327-0860

Shaunda A. Patterson-Strachan
*Admitted pro hac vice*
shaunda.pattersonstrachan@faegredrinker.com
Waldemar J. Pflepsen Jr.
*Admitted pro hac vice*
waldemar.pflepsen@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Phone: (202) 842-8800
Fax: (202) 842-8465

**COUNSEL FOR DEFENDANT STATE FARM LIFE INSURANCE COMPANY**

Dated:  March 12, 2021          */s/ John J. Schirger*
                                John J. Schirger (admitted *pro hac vice*)
                                jschirger@millerschirger.com
                                Matthew W. Lytle (admitted *pro hac vice*)
                                mlytle@millerschirger.com
                                Joseph M. Feierabend (admitted *pro hac vice*)
                                jfeierabend@millerschirger.com
                                MILLER SCHIRGER, LLC
                                4520 Main Street, Suite 1570
                                Kansas City, Missouri 64111
                                Tel: 816-561-6500
                                Fax: 816-561-6501

                                Norman E. Siegel (admitted *pro hac vice*)
                                ATTORNEY-IN-CHARGE
                                siegel@stuevesiegel.com
                                Ethan M. Lange (Tex. Bar No. 24064150)
                                lange@stuevesiegel.com

1

        STUEVE SIEGEL HANSON LLP
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        Tel: 816-714-7100
        Fax: 816-714-7101

        James T. Clancy (Tex. Bar No. 00795292) (S.D. Tex. Bar. No. 19917)
        jclancy@branscomblaw.com
        Anderson P. Heston (Tex. Bar No. 24113850) (S.D. Tex. Bar No. 3158386)
        aheston@branscomblaw.com
        BRANSCOMB, PLLC
        802 N. Carancahua, Suite 1900
        Corpus Christi, Texas 78401-0036
        Tel: (361) 886-3800
        Fax: (361) 886-3805

        James J. Pizzirusso (admitted *pro hac vice*)
        jpizzirusso@hausfeld.com
        Nathaniel C. Giddings (admitted *pro hac vice*)
        ngiddings@hausfeld.com
        Melinda R. Coolidge (admitted *pro hac vice*)
        mcoolidge@hausfeld.com
        HAUSFELD LLP
        1700 K Street, NW Washington, DC 20006
        Telephone: (202) 540-7200
        Facsimile: (202)540-7201

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                          */s/ John J. Schirger*
                          Attorney for Plaintiff