### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| ANNA GONZALEZ and RONALD K. PAGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No.: SA-20-CV-617-FB |

### PLAINTIFF ANNA GONZALEZ'S STIPULATED NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anna Gonzalez and Defendant State Farm Insurance Company ("State Farm"), through their undersigned attorneys, hereby agree to the dismissal of Ms. Gonzalez's claims against State Farm in the above-captioned lawsuit. The parties further stipulate that, as it pertains to Ms. Gonzalez, that each party shall bear its own costs and attorneys' fees incurred to date.

Dated: March 22, 2021                                       Respectfully submitted,

/s/ Nathaniel C. Giddings                                   /s/ Susan E. Egeland
Nathaniel C. Giddings (admitted pro hac vice)    Wayne B. Mason
nigidding@hausfeld.com                              ATTORNEY-IN-CHARGE
James J. Pizzirusso (admitted pro hac vice)      Texas Bar No. 13158950
jpizzirusso@hausfeld.com                            wayne.mason@faegredrinker.com
Melinda R. Coolidge (admitted pro hac vice)    Susan E. Egeland
mcoolidge@hausfeld.com                             Texas Bar No. 24040854
HAUSFELD LLP                                          susan.egeland@faegredrinker.com
888 16th Street NW, Suite 300                     FAEGRE DRINKER BIDDLE & REATH LLP
Washington, DC  20006                               1717 Main Street, Suite 5400
Tel: (202) 540-7200                                     Dallas, Texas 75201
Fax: (202) 540-7201                                    Phone: (469) 357-2500
                                                               Fax: (469) 327-0860

1

| | |
|---|---|
| Norman E. Siegel (admitted *pro hac vice*)<br>ATTORNEY-IN-CHARGE<br>siegel@stuevesiegel.com<br>Ethan M. Lange (Tex. Bar No. 24064150)<br>lange@stuevesiegel.com<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel: 816-714-7100<br>Fax: 816-714-7101<br><br>John J. Schirger (admitted *pro hac vice*)<br>jschirger@millerschirger.com<br>Matthew W. Lytle (admitted *pro hac vice*)<br>mlytle@millerschirger.com<br>Joseph M. Feierabend (admitted *pro hac vice*)<br>jfeierabend@millerschirger.com<br>MILLER SCHIRGER, LLC<br>4520 Main Street, Suite 1570<br>Kansas City, Missouri 64111<br>Tel: 816-561-6500<br>BY Fax: 816-561-6501<br><br>James T. Clancy (Tex. Bar No. 00795292)<br>(S.D. Tex. Bar. No. 19917)<br>jclancy@branscomblaw.com<br>BRANSCOMB, PLLC<br>802 N. Carancahua, Suite 1900<br>Corpus Christi, Texas 78401-0036<br>Tel: (361) 886-3800<br>Fax: (361) 886-3805<br><br>**ATTORNEYS FOR PLAINTIFFS** | Shaunda A. Patterson-Strachan<br>(Admitted *pro hac vice*)<br>Shaunda.pattersonstrachan@faegredrinker.com<br>Waldemar J. Pflepsen, Jr.<br>Waldemar.pflepsen@fagredrinkler.com<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1500 K Street, NW, Suite 1100<br>Washington, DC  20005<br>Tel: (202) 842-8800<br>Fax: (202) 842-8465<br><br>**ATTORNEYS FOR DEFENDANT STATE FARM LIFE INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I caused a true and correct copy of the foregoing to be filed on the Court's CM/ECF system, which served notice on all counsel of record.

_/s/ Nathaniel C. Giddings_