United States District Court
Western District of Texas
San Antonio

**Deficiency Notice**

| | |
|---|---|
| To: | Siegel, Norman E. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, June 22, 2021 |
| Re: | 05:20-CV-00617-FB / Doc # 80 / Filed On: 06/15/2021 04:51 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: PLEASE FILE CERTIFICATE OF CONFERENCE TO COMPLY WITH LOCAL RULE CV-7(I).  Please ONLY file the certificate of conference using the attachment event and link to the motion