**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| ANNA GONZALEZ and RONALD K. PAGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. SA-20-CV-617-FB-ESC |

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 15, 2021, I conferred via email with counsel for Defendant in a good-faith attempt to reach agreement regarding Plaintiff's Unopposed Motion for Leave to File Under Seal Plaintiff's Memorandum in Support of Motion for Class Certification and Certain Exhibits Thereto (Doc. 80), and I further certify that Defendant does not oppose the motion to seal or sealing State Farm's confidential materials.

Dated: June 22, 2021

Respectfully Submitted,

STUEVE SIEGEL HANSON LLP

*/s/ Ethan M. Lange*
Norman E. Siegel (*pro hac vice*)
siegel@stuevesiegel.com
Lindsay Todd Perkins (*pro hac vice*)
perkins@stuevesiegel.com
Ethan M. Lange (Tex. Bar No. 24064150)
lange@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

John J. Schirger *(pro hac vice)*
jschirger@millerschirger.com
Matthew W. Lytle *(pro hac vice)*
mlytle@millerschirger.com
Joseph M. Feierabend *(pro hac vice)*
jfeierabend@millerschirger.com
MILLER SCHIRGER, LLC
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

James T. Clancy (Tex. Bar No. 00795292)
jclancy@branscomblaw.com
BRANSCOMB, PLLC
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78401-0036
Tel: (361) 886-3800
Fax: (361) 886-3805

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                       */s/ Ethan M. Lange*
                                       Attorney for Plaintiff