IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RONALD K. PAGE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARY SITUATED; | § § § § § § § § § § § § § § | SA-20-CV-00617-FB |
| *Plaintiff,* | | |
| vs. | | |
| STATE FARM LIFE INSURANCE COMPANY, | | |
| *Defendant.* | | |

## ORDER SETTING VIDEO HEARING

Before the Court in the above-styled cause of action is Plaintiffs' Motion for Class Certification [#79].  The District Court has referred all pretrial matters to the undersigned for disposition.  Plaintiffs have requested a hearing on their motion.  The Court will set the motion for a hearing.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Class Certification [#79] is set for a videoconference hearing via Zoom at **1:00 p.m.** on **August 18, 2021**.  All parties are **required to appear by Zoom** for the hearing.  The information to join the hearing is as follows:

Join ZoomGov Meeting:  https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them.  Parties should review the July 15, 2020 Standing Order

2

Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS SO ORDERED.**

SIGNED this 23rd day of June, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE