# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ANNA GONZALEZ and RONALD K. PAGE, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Civil Action No.: SA-20-CV-617-FB |

## NOTICE OF ATTORNEY WITHDRAWAL OF WALDEMAR J. PFLEPSEN, JR.

Defendant State Farm Life Insurance Company submits this notice to effectuate the withdrawal of additional named counsel Waldemar J. Pflepsen, Jr., effective June 30, 2021. Mr. Plfepsen had been admitted as counsel *pro hac vice.* [Dkt. 33]. There will be no interruption in the representation of State Farm as it is also represented in this case by Wayne B. Mason, Texas Bar No. 13158950, Susan E. Egeland, Texas Bar No. 24040854, and Shaunda A. Patterson-Strachan, admitted *pro hac vice*, to continue as counsel for Defendant. Mr. Pflepsen seeks to withdraw as he is retiring from Faegre Drinker Biddle & Reath LLP as of this date.

Dated:  June 30, 2021

Respectfully submitted,

*/s/ Susan E. Egeland*
Susan E. Egeland
Texas Bar No. 24040854
susan.egeland@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
Phone: (469) 357-2500
Fax: (469) 327-0860

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2021, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Susan E. Egeland*
SUSAN E. EGELAND