# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ANNA GONZALEZ and RONALD K. PAGE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Civil Action No. 5:20-cv-00617-FB |

## MOTION TO WITHDRAW WILL THOMPSON AS COUNSEL FOR PLAINTIFFS ANNA GONZALES AND RONALD K. PAGE

　　　Anna Gonzalez and Ronald K. Page ("Plaintiffs") hereby request that Will Thompson be withdrawn as counsel of record for Plaintiffs. Will Thompson is no longer an attorney at Burns Charest LLP. Stueve Siegel Hanson LLP, Miller Schirger, LLC, Hausfeld LLP, Branscomb, PLLC, Burns Charest LLP, Mitchell DeClerk, Kaliel PLLC, and The Van Winkle Law Firm continue to represent Plaintiffs. All future papers should continue to be directed to the undersigned counsel.

Dated: September 20, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　*/s/ Warren T. Burns*
　　　　　　　　　　　　　　　　　　　　Warren T. Burns (TX Bar No. 24053119)
　　　　　　　　　　　　　　　　　　　　BURNS CHAREST LLP
　　　　　　　　　　　　　　　　　　　　900 Jackson Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　　　Telephone: (469) 904-4550
　　　　　　　　　　　　　　　　　　　　Facsimile: (469) 444-5002
　　　　　　　　　　　　　　　　　　　　wburns@burnscharest.com

James J. Pizzirusso (admitted *pro hac vice*)
jpizzirusso@hausfeld.com
Nathaniel C. Giddings (admitted *pro hac vice*)
ngiddings@hausfeld.com
Melinda R. Coolidge (admitted *pro hac vice*)
mcoolidge@hausfeld.com
HAUSFELD LLP
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202)540-7201

Kimberly Fetsick (admitted *pro hac vice*)
kfetsick@hausfeld.com
HAUSFELD LLP
33 Whitehall Street
New York, NY 10004
Telephone: (646) 357-1100
Facsimile: (212) 202-4322

Sophia Goren Gold (*pro hac vice* pending)
sgold@kalielpllc.com
KALIEL PLLC
1875 Connecticut Avenue NW, 10th Floor
Washington, DC 20009
Telephone: (202) 350-4783
Facsimile: (202) 871-8180

Larry D. Lahman (admitted *pro hac vice*)
Primary Email: larry.lahman@sbcglobal.net
Roger L. Ediger (admitted *pro hac vice*)
Primary Email: rle@mdpllc.com
MITCHELL DeCLERK
202 West Broadway Avenue
Enid, Oklahoma 73701
Telephone: (580) 234-5144
Facsimile: (580) 234-889

Norman E. Siegel (admitted *pro hac vice*)
siegel@stuevesiegel.com
Ethan M. Lange (Tex. Bar 24064150)
lange@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

John J. Schirger (admitted *pro hac vice*)
jschirger@millerschirger.com
Matthew W. Lytle (admitted *pro hac vice*)
mlytle@millerschirger.com
Joseph M. Feierabend (admitted *pro hac vice*)
jfeierabend@millerschirger.com
MILLER SCHIRGER, LLC
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

David M. Wilkerson (*pro hac vice pending*)
The Van Winkle Law Firm
11 N. Market Street
Asheville, NC 28801
Phone: 828-258-2991
Fax: 828-257-2767
dwilkerson@vwlawfirm.com

James T. Clancy (Tex. Bar No. 00795292)
jclancy@branscomblaw.com
BRANSCOMB, PLLC
802 N. Carancahua, Suite 1900
Corpus Christi, TX 78401-0036
Tel: (361) 886-3800
Fax: (361) 886-3805

*Attorneys for Plaintiffs Ronald K. Page and Anna Gonzalez*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff conferred with counsel for State Farm Life Insurance Company on September 20, 2021 regarding the requested relief. State Farm stated that it is unopposed.

*/s/ Warren T. Burns*
Warren T. Burns

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day September 20, 2021 via the Court's CM/ECF system to all counsel of record.

*/s/ Warren T. Burns*
Warren T. Burns