IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RONALD K. PAGE, on Behalf of Himself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-20-CV-617-FB |
| STATE FARM LIFE INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXTEND TIME TO
OBJECT TO THE MAGISTRATE'S REPORT AND RECOMMENDATION
AND ORDER OF STAY**

Before the Court is the Joint Motion for Leave to Extend Time to Object to the Magistrate's Report and Recommendation filed on March 16, 2022 (docket #144). Currently any written objections to the Report and Recommendation issued in this case on March 10, 2022 (docket #143) is March 24, 2022.

The parties jointly seek leave and request a two-week extension of time, until April 7, 2022, for either party to file any written objections to the Report and Recommendation. The extension is sought due to the breadth of issues addressed in the Report and Recommendation as well as the "parties' need to comply with numerous deadlines in other cases, including other pending cases against Defendant brought by Plaintiff's counsel asserting claims comparable to those here." The timing of the issuance of the Report and Recommendation creates an objection deadline for the parties which is in conflict with pre-existing deadlines and needs in other cases. The Court finds the joint motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Joint Motion for Leave to Extend Time to Object to the Magistrate's Report and Recommendation (docket #144) is GRANTED such that the deadline for the filing of objections by either party is extended to **Thursday, April 7, 2022**. Having

granted the extension request, the Court further finds that given the breadth of the issues pending before the Court, this case should be stayed until such time as the parties have the opportunity to file their objections, if any, to the Report and Recommendation and any responses and replies thereto.

Therefore, IT IS FURTHER ORDERED that this case is STAYED until such time as the parties have filed objections, responses, and replies to the Report and Recommendation filed on March 10, 2022 (docket #143) .

It is so ORDERED.

SIGNED this 21st day of March, 2022.

FRED BIERY
UNITED STATES DISTRICT JUDGE