IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RONALD K. PAGE, on Behalf of Himself and All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-20-CV-617-FB |
| STATE FARM LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**ORDER REINSTATING CASE ON DOCKET AND
ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the Stipulated Notice of Dismissal filed by the parties on May 30, 2023 (docket #172). On November 30, 2022, this Court entered an Order of Administrative Closure based on the Notice of Settlement and Joint Motion to Stay filed by the parties on November 21, 2023 (docket #169). In the Stipulated Notice of Dismissal, the parties explain that the claims of Ronald K. Page against Defendant State Farm Life Insurance Company ("State Farm") in this action are encompassed by a nationwide class settlement in the case captioned *Rogowski v. State Farm Life Insurance Co.*, No. 4:22-cv-00203-RK (W.D. Mo.). The parties further advise that the nationwide class settlement in *Rogowski* has been finally approved and final judgment entered, and the time for appealing the *Rogowski* settlement and judgment have now passed without any appeal being taken. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Page and State Farm, through their undersigned attorneys, agree to the dismissal with prejudice of Mr. Page's claims against State Farm in the above-captioned lawsuit. The parties further stipulate that, as it pertains to Mr. Page's claims, each party shall bear its own costs and attorneys' fees incurred to date.

Therefore, based on the Stipulated Notice of Dismissal, IT IS HEREBY ORDERED that this case, as well as the previously consolidated and administratively closed case in SA-20-CV-945-FB[1], are REOPENED and REINSTATED on the Court's docket and will be dismissed with prejudice in their entirety.

---

[1] This case was the original case filed by Plaintiff Page before it was consolidated with the above styled and numbered cause and administratively closed (*See* SA-20-CV-945-FB at docket #31).

Accordingly, based on Stipulated Notice of Dismissal (docket #172), IT IS HEREBY ORDERED that this case as well as the consolidated case of SA-20-CV-945-FB are DISMISSED WITH PREJUDICE. The parties further stipulate that as it pertains to Plaintiff Page's claims, each party shall bear his or its own costs and attorneys' fees incurred to date. Motions pending, if any, are also DISMISSED, and these cases are now CLOSED.

It is so ORDERED.

SIGNED this 30th day of May, 2023.

FRED BIERY
UNITED STATES DISTRICT JUDGE